UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re

Frank J. Marchese, III

                              Chapter 13
                              Case No. 09-14519

Debtors.

_____/

## NOTICE OF WITHDRAWAL OF CLAIM

W. S. Badcock Corporation, creditor in the above styled case, does hereby withdraw its proof of claim dated August 13, 2009, in the amount of $796.16.

                              /s/ Amanda Whaley
                              AMANDA WHALEY
                              Post Office Box 232
                              Mulberry FL 33860
                              (863) 425-4921
                              Fax (863) 869-7910
                              Legal Assistant,
                              W. S. Badcock Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Withdrawal of Claim was served to the following parties by either by electronic or standard first class mail this 3rd day of December, 2008, to:

| Wayne R. Cromie | William C. Miller |
|---|---|
| 2240 DeKalb Pike | 111 S. Independence Mall, Ste. 583 |
| East Norriton, PA 19401 | Philadelphia, PA 19106 |
| Attorney for Debtor(s) | Trustee for Debtor(s) |

                              /s/ Amanda Whaley
                              AMANDA WHALEY
                              Post Office Box 232
                              Mulberry FL 33860
                              (863) 425-4921
                              Fax (863) 869-7910
                              Legal Assistant,
                              W. S. Badcock Corporation