Form 210A (12/09)         **United States Bankruptcy Court**

EASTERN DISTRICT OF PA

In Re: MARCHESE III; FRANK J                    Case No. 0914519

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in the evidence and notice.

PRA Receivables Management, LLC., as agent of
Portfolio Recovery Associates, LLC                    Household Finance Cnsumr Discnt Co
-----------------------------------------             ------------------------------------------
Name of Transferee                                    Name of Transferor

Name and Address where notices to transferee         Court Claim # (if known): 6
should be sent:                                       Amount of Claim: $22,120.23
POB 41067                                             Date Claim Filed: 10/01/2009
NORFOLK, VA 23541

Phone: (877)829-8298                                  Phone:
Last Four Digits of Acct # :  3693                    Last Four Digits of Acct #:

Name and Address where transferee payments            Seller Information
Should be sent (if different from above)              HSBC CONSUMER LENDING (USA) INC
PO Box 12914                                          POB 17906
NORFOLK, VA 23541                                     San Diego CA 92177

Phone: (877)829-8298
Last Four Digits of Acct # : 3693


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of knowledge and belief.

By: /s/ Carol E. Hardy                                Date: 3/8/2010
    -----------------------------------------
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571